UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS AMBROSE EMUNDI,

    Plaintiff,

v.     CASE NO: 8:04-cv-2174-T-23MSS

METROPOLITAN LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

The parties' joint stipulation to dismiss (Doc. 17) is **APPROVED**. The plaintiff's claims for long-term disability benefits accruing on or before April 30, 2005, are **DISMISSED WITH PREJUDICE**. The plaintiff's claims for long-term disability benefits accruing on or after May 1, 2005, are **DISMISSED WITHOUT PREJUDICE**. Each party will bear its own fees and costs.

ORDERED in Tampa, Florida, on May 2, 2005.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:    US Magistrate Judge
        Courtroom Deputy